Charles Robinowitz, OSB No. 691497
Law Office of Charles Robinowitz
1211 SW Fifth Ave., Suite 2323
Telephone: 503-226-1464
Facsimile: 503-226-6456
Email:  chuck@crlawoffice.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDLETON DIVISION (2)

JEFFREY A. BRIGGS,

        Plaintiff,

v.

UNITED STATES OF AMERICA by
and through UNITED STATES
POSTAL SERVICE,

        Defendant.

Civil No. 26-cv-00787

Complaint - Claim for Relief for
Personal Injuries Under Federal Tort
Claims Act, 28 U.S.C. § 1346 (b)(1)

For a claim for relief against defendant, plaintiff alleges

1.

At all relevant times defendant United States of America established and maintains and controls the United States Postal Service ("USPS"), it was and is an agency of defendant to deliver mail to American citizens and residents, and it hired Bastien Trucking, LLC to assist in delivering mail in parts of its western states. This court has jurisdiction of this case under 28 U.S.C. § 1346 (b)(1) of the Federal Tort Claims Act.

Page 1 – COMPLAINT

LAW OFFICE OF CHARLES ROBINOWITZ
1211 S.W. FIFTH AVENUE, SUITE 2323
PORTLAND, OR  97204-3711
(503) 226-1464  FAX: (503) 226-6456
CHUCK@CRLAWOFFICE.COM

2.

On or about January 7, 2023, the plaintiff was working as an employee of Bastien Trucking, LLC at defendant's La Grande, Oregon post office.

3.

On January 7, 2023, plaintiff was pushing a large wire basket filled with mail at the defendant's La Grande, Oregon post office to load into Bastien's truck for delivery to Pendleton, Oregon. As he was pushing the large wire basket weighing between 500 and 600 pounds up an incline at defendant's loading dock in La Grande and into his truck, a locking pin used to lock the basket into the floor of the post office when stationary suddenly dropped into the gap between the incline and the truck causing the basket to abruptly stop. The locking pin dropped because the latch holding a bolt in place that prevented the pin from dropping had become badly worn and broken and could not secure the bolt. The momentum of plaintiff pushing the heavy wire basket as hard as possible up an incline and suddenly stopping caused his left arm to catch in the wire basket and his body to fall onto the top of the basket. This resulted in a severe injury to plaintiff's left arm and shoulder.

4.

The defendant's negligence was a substantial factor in causing plaintiff's injuries in one or more of the following ways:

(a.)    Defendant provided the large wire basket to plaintiff to transport the mail to his truck when it knew or should have known the latch that held the locking pin in place was badly worn and broken, it would fail and was dangerous;

Page 2 – COMPLAINT

LAW OFFICE OF CHARLES ROBINOWITZ
1211 S.W. FIFTH AVENUE, SUITE 2323
PORTLAND, OR  97204-3711
(503) 226-1464  FAX: (503) 226-6456
CHUCK@CRLAWOFFICE.COM

(b.)    Defendant failed to repair or replace the latch on the wire basket that held the locking pin in place, when it knew or should have known it was badly worn and broken, it would fail and was dangerous;

(c.)    Defendant failed to inspect the latch on the wire basket at reasonable times so that it would have known it was badly worn and broken, it would fail and was dangerous; and

(d.)    Defendant failed to warn plaintiff of the defective broken latch holding the locking pin in place, when it knew or should have known this so he could have tried to protect himself against it suddenly dropping and causing severe injuries to him.

5.

As a result of defendant's negligence as alleged, plaintiff tore the labrum and damaged the socket in his left shoulder, and injured his left elbow causing pressure on the ulnar nerve. This resulted in numbness of the fingers of his left hand. Plaintiff will probably require a total left shoulder replacement. These injuries are permanent, and plaintiff is entitled to compensation for non-economic damages for pain and suffering in excess of $5,000,000.

6.

As a further result of the defendant's negligence, plaintiff has incurred over $50,000 to date in reasonable medical expenses and will incur at least $200,000 in future medical expenses for his left shoulder and arm and retraining expenses for another type of job.

Page 3 – COMPLAINT

LAW OFFICE OF CHARLES ROBINOWITZ
1211 S.W. FIFTH AVENUE, SUITE 2323
PORTLAND, OR  97204-3711
(503) 226-1464  FAX: (503) 226-6456
CHUCK@CRLAWOFFICE.COM

7.

As a further result of defendant's negligence, plaintiff has lost income to date of about $350,000, and will incur a future loss of income in excess of $5,000,000.

8.

Plaintiff filed a timely written claim with defendant on January 7, 2025. It did not respond and plaintiff filed an amended written claim on September 4, 2025 with defendant. It has not responded to the amended written claim.

Wherefore, plaintiff prays that this court enter judgment in favor of plaintiff and against defendant in a sum in excess of $5,000,000 in non-economic losses, in excess of $5,600,000 in economic losses, plus his costs and disbursements.

Dated: April 21, 2026

*s/ Charles Robinowitz*
CHARLES ROBINOWITZ, OSB #691497
Attorney for plaintiff

**Demand for Trial by Jury**

To the extent the law allows it, plaintiff requests a jury trial.

*s/ Charles Robinowitz*
CHARLES ROBINOWITZ
Attorney for plaintiff

Page 4 – COMPLAINT

LAW OFFICE OF CHARLES ROBINOWITZ
1211 S.W. FIFTH AVENUE, SUITE 2323
PORTLAND, OR 97204-3711
(503) 226-1464 FAX: (503) 226-6456
CHUCK@CRLAWOFFICE.COM